UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT CR09-219 DWF/SRN |
| Plaintiff, | ) |
| | ) (6 U.S.C. § 202) |
| v. | ) (6 U.S.C. § 557) |
| | ) (8 U.S.C. § 1326(a)) |
| PASTOR SANCHEZ-MARTINEZ, | ) (8 U.S.C. § 1326(b)(2)) |
| a/k/a Carlos Manuel Hernandez-Colon, | ) |
| | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT ONE
(Unlawful Re-entry after Deportation)

On or about June 29, 2009, in the State and District of Minnesota, the defendant,

**PASTOR SANCHEZ-MARTINEZ,**
a/k/a Carlos Manuel Hernandez-Colon,

an alien, was found in the United States after having been previously deported from the United States on September 27, 2008, September 26, 2007 and June 18, 1997 and after conviction for an aggravated felony, to wit: Terroristic Threats in Mower County, Minnesota, without obtaining permission from the Attorney General or his successor, the Secretary of the Department of Homeland Security, to re-apply for admission into the United States, all in violation of Title 6, United States Code, Sections 202 and 557, and Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

A TRUE BILL

_____    _____    FILED AUG 1 1 2009
UNITED STATES ATTORNEY                        FOREPERSON
                                                                                              RICHARD D. SLETTEN
SCANNED                                                                                  JUDGMENT ENTD _____
AUG 1 1 2009                                                                              DEPUTY CLERK _____
U.S. DISTRICT COURT MPLS