# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>                        Plaintiff,              )<br>                                                            )<br>  v.                                                     )<br>                                                            )<br>Pastor Sanchez-Martinez,                 )<br>                                                            )<br>                        Defendant.         )<br>                                                            )<br>                                                            ) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Jeanne J. Graham, 3B<br>U.S. Magistrate Judge<br><br>Case No:                 CR 09-219 DWF/SRN<br>Date:                       August 17, 2009<br>Time Commenced:  11:45 a.m.<br>Time Concluded:    11:50 a.m.<br>Time in Court:        5 Minutes |

☒ **DETENTION HRG/ARRAIGNMENT**

APPEARANCES:

Plaintiff:      Richard Newberry, Assistant U.S. Attorney
Defendant:  Doug Olson
                   ☒ FPD      ☒ Appointed

Interpreter / Language:          Esperanza Lopez-Dominguez/Spanish

On      ☒ Indictment

☒ Deft Ordered Detained - Govt to submit proposed order


Additional Information:
   Defendant also arraigned.  See separate minutes.

*s/ Joan Flood*
Criminal Duty Clerk

M:\templates\Prelim-Det Hrg.wpt                                                                                           Template Updated:  6/6/06